**E-FILED**
Tuesday, 13 October, 2009 03:47:58 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**



A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## ORDER

Submitted August 7, 2009
Decided August 31, 2009

BEFORE

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| STEPHEN ULRICH, <br>    Plaintiff-Appellant, <br><br> Nos. 09-2414 and 09-2610    v. <br><br> DAVID W. BUTLER, individually <br> and in his official capacity as <br> Associate Circuit Judge of the <br> Eleventh Circuit of Illinois, <br> Woodford County, <br>    Defendant-Appellee. | ] Appeals from the United <br> ] States District Court for <br> ] the Central District of <br> ] Illinois. <br> ] <br> ] No. 1:09-cv-01133-MMM-BGC <br> ] <br> ] Michael M. Mihm, Judge. <br> ] <br> ] <br> ] |

Appellant has filed motions to proceed in forma pauperis in these consolidated appeals. This court has carefully reviewed the final orders of the district court, the records on appeal, and appellant's motions to proceed in forma pauperis. Based on this review, the court has determined that any issues which could be raised are insubstantial and that further briefing would not be helpful to the court's consideration of the issues. *See Taylor v. City of New Albany*, 979 F.2d 87 (7th Cir. 1992); *Mather v. Village of Mundelein*, 869 F.2d 356, 357 (7th Cir. 1989) (per curiam) (court can decide case on motions papers and record where briefing would be not assist the court and no member of the panel desires briefing or argument). "Summary disposition is appropriate 'when the position of one party is so clearly correct as a matter of law that no substantial question regarding the outcome of the appeal exists.'" *Williams v. Chrans*, 42 F.3d 1137, 1139 (7th Cir. 1995), *citing Joshua v. United States*, 17 F.3d 378, 380 (Fed.Cir. 1994).

Accordingly, **IT IS ORDERED** that the motions to proceed in forma pauperis are **DENIED**, and we summarily **AFFIRM** the final order of the district court and the subsequent order of the district court denying the motions to reconsider, to reinstate case, and for Seventh Amendment Rights.