# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 2, 2009

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

DANIEL A. MANION, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

| | |
|---|---|
| Nos. 09-2414 & 09-2610 | Appeal from the United States District Court for the Central of Illinois |
| Stephen Ulrich, | |
| *Plaintiff-Appellant,* | |
| v. | No. 09-cv-01133 |
| David W. Butler, individually and in his capacity as Associate Circuit Judge of the Eleventh Circuit of Illinois, Woodford County, | Michael M. Mihm**,** *Judge.* |
| *Defendant-Appellee.* | |

**REVISED ORDER**

On consideration of the petition for rehearing and rehearing en banc filed by petitioner-appellant, no judge in active service has requested a vote on the petition for rehearing en banc and the judges on the panel have voted to deny rehearing. It is, therefore, ordered that the petition for rehearing and rehearing en banc is **DENIED**.